No. P66/191.—New York Merchandise Co., Inc., and Novelty Import Co., Inc. *v.* United States, protests 63/20788 and 64/3933 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of glass paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (44 Cust. Ct. 468, Abstract 64185), the claim of the plaintiffs was sustained.

No. P66/192.—Panation Trade Co. *v.* United States, protest 65/13808 (New York).

OLIVER, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 18, 1966

No. P66/193.—Roto Bag Machine Corp. and Roberts, Reilly & Sons, Inc., et al. *v.* United States, protests 65/14548, etc. (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bag-making machines and parts thereof, which parts are dedicated to use on or for said bag-making machines, similar in all material respects to those the subject of *Roto Bag Machine Corp. and Rohner, Gehrig & Co., Inc.* v. *United States* (48 Cust. Ct. 401, Abstract 66656), the claim of the plaintiffs was sustained.

No. P66/194.—E. Miltenberg, Inc. *v.* United States, protests 64/3651 and 64/607 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of stethoscopes similar in all material respects to those the subject of *Empire Findings Co., Inc.* v. *United States* (51 Cust. Ct. 262, Abstract 68126), the claim of the plaintiff was sustained.